IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROGER LEE RECTOR,** : **Plaintiff,** : : v. : : **JO ANNE B. BARNHART,** : **COMMISSIONER OF SOCIAL SECURITY** : **Defendant.** : | **CIVIL ACTION** NO. 05-CV-3660 |

## ORDER

**AND NOW**, this _____ day of August, 2006, upon consideration of the parties' cross-Motions for Summary Judgment (Docs. 8 & 9), and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. 12), and Plaintiff's Objections (Doc. 13), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated April 27, 2006, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.